Ryan Thomas Bravo
ABA No. 1511091
CLAYTON & DIEMER, LLC
500 L Street, Suite 200
Anchorage, AK 99501
Telephone:   907-276-2999
Facsimile:    907-276-2956
E-mail: Ryan.Bravo@cdlaw.pro

Siena Moberly Caruso
ABA No. 1609072
SHOOK, HARDY & BACON, L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:   949-975-1744
Facsimile:    949-475-0016
E-mail: scaruso@shb.com

Lawyers for Plaintiff
COMMERCE AND INDUSTRY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY, | Civil No. 3:17-CV-00065-SLG |
| Plaintiff, | **DECLARATION OF TAMMY TEDESCO IN SUPPORT OF PLAINTIFF COMMERCE & INDUSTRY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BLACK GOLD EXPRESS, INC., et al., | |
| Defendants. | |

In support of Plaintiff Commerce and Industry Insurance Company's motion for summary judgment, I, Tammy Tedesco, state that:

1. I am over the age of eighteen years and am competent to make this declaration.

441267 v1

2.  As an employee of the Law Department of AIG Property Casualty, U.S., formerly Chartis, U.S., I am authorized to make this declaration on behalf of Commerce and Industry Insurance Company, a wholly owned subsidiary of AIG Property Casualty, U.S., a division of AIG Property Casualty, Inc.

3.  I am the Custodian of Records for Commerce and Industry Insurance Company ("Commerce and Industry"). My responsibilities include routinely, and in the regular course of business, responding to requests for production of Commerce and Industry's contracts/policies. I have personal knowledge of the following facts and could, if called and sworn as a witness, competently testify thereto.

4.  My responsibilities for Commerce and Industry include, among others, supervising and retaining information about Commerce and Industry's contracts/policies and functioning as a custodian of such records. I am familiar with the process of creating and maintaining Commerce and Industry's contracts for insurance, books and records. I am familiar with the records related to defendants Black Gold Express, Inc., Black Gold Logistics Corporation, Black Gold Oilfield Services LLC, and Rock & Dirt Environmental, Inc. (collectively "Defendants").

5.  I have the Policy for insurance coverage for Defendants Black Gold Express, Inc., Black Gold Logistics Corporation, and Rock & Dirt Environmental, Inc. in my possession. Attached as **Exhibit 1** is a true and correct copy of Parts 1 and 2 of the Workers' Compensation and Employers' Liability Insurance Policy No. WC 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 for the period April 1, 2014 to April 1, 2015, issued by Commerce and Industry on or about April 25, 2014.

6.  I have Black Gold Oilfield Services LLC's Policy for insurance coverage in my possession. Attached as **Exhibit 2** is a true and correct copy of Parts 1 and 2 of the Workers' Compensation and Employers' Liability Insurance Policy No. WC 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 for the period April 1, 2014 to April 1, 2015 issued by Commerce and Industry on or about April 25, 2014.

7.  I have the Policy for insurance coverage of Defendants Black Gold Express, Inc., Black Gold Logistics Corporation, and Rock & Dirt Environmental, Inc. in my possession.

Attached as **Exhibit 3** is a true and correct copy of Parts 1 and 2 of the Workers' Compensation and Employers' Liability Insurance Policy No. WC 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 for the period April 1, 2015 to April 1, 2016, issued by Commerce and Industry on or about April 29, 2015.

8. I have Black Gold Oilfield Services LLC's Policy for insurance coverage in my possession. Attached as **Exhibit 4** is a true and correct copy of Parts 1 and 2 of the Workers' Compensation and Employers' Liability Insurance Policy No. WC 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 for the period April 1, 2015 to April 1, 2016, issued by Commerce and Industry on or about April 29, 2015.

9. Exhibits 1 through 4 are kept in the course of Commerce and Industry Insurance Company's regularly conducted business activities.

10. On August 11, 2016, Defendants made a payment of $30,000 towards the outstanding balance for Contract 499125, reducing the outstanding balance on Contract 499125 from $350,130 to $320,130.

11. I have the authority to certify these records on behalf of Plaintiff. These records were prepared and/or maintained by Plaintiff in the ordinary course of business by authorized personnel at or near the time of the act, condition, or event referenced thereon, and were obtained from the regularly maintained business files of Commerce and Industry Insurance Company. The source of the information and method of preparation of the records were such as to indicate their trustworthiness.

I declare under penalty of perjury under the laws of the State of Alaska and the United States of America that the foregoing is true and correct.

DATE: August 16, 2017

TAMMY TEDESCO, CUSTODIAN OF RECORDS

441267 v1