**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

COMMERCE AND INDUSTRY INSURANCE
COMPANY,
        Plaintiff,

Case Number 3:17-cv-00065-SLG

v.

BLACK GOLD EXPRESS, INC.,
et al.,
        Defendant,      **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff Commerce and Industry Insurance Company recover the amount of $493,278.00 plus prejudgment interest, costs, and reasonable attorneys' fees from the defendant Black Gold Express, Inc., et al.,

APPROVED:

_s/Sharon L. Gleason_
SHARON L. GLEASON
United States District Judge

Date: October 5, 2017

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

        Lesley K. Allen
        Lesley K. Allen,
        Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}